AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Moises PARRA-PARRA | ) | 6:26-mj- 1500 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 23, 2026 _____ in the county of _____ Osceola _____ in the
_____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a)(1) | Assaulting, resisting or impeding certain officers. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lacey O'Neal, BPA, DHS
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: April 27, 2026
_____
*Judge's signature*

City and state:        Orlando, Florida                Nathan w. Hill, U.S. Magistrate Judge
_____
*Printed name and title*

STATE OF FLORIDA                          CASE NO.  6:26-mj- 1500

COUNTY OF OSCEOLA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS).  I have been so employed since September 7, 2003.  I am currently assigned to the Orlando, Florida, Border Patrol Station.  In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19, and 21 of the United States Code.  I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records.  Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation.  Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 18 U.S.C. § 111 (a)(1), whoever forcibly assaults, resists, opposes, impedes, intimidates,

or interferes with any person while engaged in or on account of the performance of official duties.

3.      On April 23, 2026, United States Border Patrol Agents (BPA's) Bradley Leigh and William Miranda were conducting roving patrol duties in the Orlando Border Patrol Station's area of operation near Kissimmee, Florida[1], when they encountered the defendant, Moises David PARRA-PARRA.  BPA's Leigh and Miranda were patrolling in a marked Border Patrol service vehicle equipped with lights, sirens, and service radio.  The BPA's were also wearing their Border Patrol issued duty uniforms complete with Border Patrol patches, insignia, and badges displayed and in clear view.  BPA Leigh conducted an open view record check of Florida license plate bearing xxx-S38.  The license plate came back to a 2003 aluminum silver Toyota Carolla registered to non-immigrant Venezuelan. Immigration record checks on the biographical information listed revealed that the registered owner of the vehicle had overstayed their visitor's visa and was now out of status, therefore making them unlawfully present in the United States.

4.      Based on the articulable facts, observations, and information gathered, BPA's Leigh and Miranda had reasonable suspicion to believe that the registered owner of the vehicle was present in the United States illegally.  BPA's Leigh and Miranda initiated a traffic stop near the intersection of Orange Blossom Trail on Osceola Parkway.  The suspect vehicle immediately made a right turn into a 7-

---

[1] Kissimmee is in Osceola County, within the Middle District of Florida.

Eleven parking lot and accelerated. BPA's Leigh and Miranda followed behind the vehicle as it came to an abrupt stop on the right side of the 7-Eleven parking lot. The BPA's were able to see a male driver and a female front seat passenger.

5.     BPA's Leigh and Miranda both exited their service vehicle with BPA Miranda approaching the driver's side and BPA Leigh approaching the passenger side. The BPA's identified themselves as United States Border Patrol Agents conducting an immigration investigation and BPA Miranda proceeded to question the driver as to his identity and citizenship. The driver, later identified as PARRA-PARRA, refused to answer BPA Miranda's questions. As BPA Leigh went to ask the passenger for her identification, he noticed PARRA-PARRA began acting nervous and agitated at BPA Miranda's questions. Given PARRA-PARRA's erratic gestures, BPA Leigh decided to reposition himself to the driver's side of the vehicle PARRA-PARRA was driving for officer safety.

6.     When PARRA-PARRA continued to refuse to answer BPA Miranda's questions, BPA Miranda asked PARRA-PARRA to exit the vehicle. PARRA-PARRA immediately started to kick at the agents and climbed over the female occupant in the front seat and exited the passenger side of the vehicle. BPA Leigh ran around the rear of the vehicle to engage PARRA-PARRA and ordered him to stop running. PARRA-PARRA stumbled after three or four steps and fell to his hands and knees. BPA Leigh made up the distance to PARRA-PARRA and attempted contact controls on his forearm and shoulder to prevent PARRA-PARRA from trying to further abscond. PARRA-PARRA jerked away from BPA Leigh and

stumbled again, causing BPA Leigh to fall on top of PARRA-PARRA. PARRA-PARRA was able to scramble back to his feet, elbowing and thrashing both arms aggressively, making contact BPA Leigh. PARRA-PARRA was assaultive resistant and not complying with repeated commands to stop resisting. BPA Leigh attempted to deploy his non-lethal Oleoresin Capsicum (OC) spray, but PARRA-PARRA swung at BPA Leigh and knocked the OC spray from his left hand onto the ground. BPA Leigh re-engaged PARRA-PARRA trying to gain control and place him in a position to be handcuffed.

7. BPA's Miranda and Leigh were able to get PARRA-PARRA to the ground by using controlled takedown techniques. On the ground, PARRA-PARRA pounded on the back of BPA Leigh's head with closed fists and swung at BPA Miranda, knocking the handcuffs from BPA Miranda's hand. As BPA's Leigh and Miranda were wrestling with PARRA-PARRA for control of his wrists, PARRA-PARRA grabbed BPA Leigh's right side, his gun side. BPA Leigh instinctively drew his weapon, as he was trained to do in Weapon Retention. BPA Leigh de-escalated and holstered once PARRA-PARRA momentarily complied with the BPA's commands to stop resisting. BPA Miranda grabbed the handcuffs from BPA Leigh's duty belt as BPA Leigh tried to gain control with an arm lock on PARRA-PARRA's left arm. PARRA-PARRA began fighting again and struggling against the BPA's attempts at handcuffing him. BPA's Leigh and Miranda were constantly giving PARRA-PARRA commands to stop resisting throughout the arrest.

8.      PARRA-PARRA continued to engage in assaultive resisting as the BPA's attempted to complete the handcuffing of his right arm.  BPA Leigh grabbed onto PARRA-PARRA's left arm while BPA Miranda continued to try and cuff his right arm.  At this time, BPA Leigh noticed his OC Spray next to him on the ground. BPA Leigh grabbed the OC spray and advised PARRA-PARRA that he would be "pepper sprayed" if he did not put his left arm behind his back.  PARRA-PARRA began bucking wildly in an attempt to get the BPA's off him.  As PARRA-PARRA continued to thrash on the ground while keeping his arms tucked underneath his torso, BPA Leigh said "spray, spray" and deployed the OC spray into PARRA-PARRA's face.  BPA's Miranda and Leigh were exposed to the OC spray as well, due to the close proximity of the altercation.

9.      After the OC spray was deployed, BPA Leigh gave a knee strike to PARRA-PARRA's left elbow to force it free from underneath his torso.  BPA's Leigh and Miranda were able to gain control of both arms and get PARRA-PARRA handcuffed, placing PARRA-PARRA under arrest.  PARRA-PARRA continued to actively resist the BPA's as they lifted him from the ground and escorted him to their service vehicle.  PARRA-PARRA was transported to the Orlando Border Patrol Station without further incident.

10.      Based on the foregoing, I believe that there is probable cause that Moises PARRA-PARRA is found to be in violation of 18 U.S.C. § 111(a)(1).

Therefore, I respectfully request that the Court issue the attached criminal complaint charging Moises PARRA-PARRA with the aforementioned federal offense.

This concludes my Affidavit.

_____
Lacey O'Neal,
Border Patrol Agent

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 27_____
day of April, 2026.

_____
HON. NATHAN W. HILL
United States Magistrate Judge