UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:26-mj-1500-NWH

MOISES PARRA-PARRA

## NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Notice of Appearance of the undersigned

as counsel for the United States in the above-captioned case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  _____
Jerry M. Harre
Special Assistant United States Attorney
USA No. 0234
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: jerry.harre@usdoj.gov

**U.S. v. MOISES PARRA-PARRA**        **CASE NO. 6:26-mj-1500-NWH**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Aziza Hawthorne
Assistant Federal Defender

_____
Jerry M. Harre
Special Assistant United States Attorney
USA No. 0234
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: jerry.harre@usdoj.gov

2